# APPLICATION FOR EMPLOYMENT

**Rapides Parish Sheriff's Office**　　　　　　**LEAVE THIS AREA BLANK**
701 Murray Street, Third Floor
Post Office Box 1510　　　　　　　　Date Received:_____
Alexandria, LA  71309　　　　　　　Pass III Test Date:_____ Score:_____
Telephone:  (318) 473-6700　　　　　Nelson Denny Date:_____ Score:_____

The Rapides Parish Sheriff's Office does not discriminate in hiring or employment on the basis of race, color, religious creed, national origin, sex, ancestry, medical condition, disability or handicap or on the basis of age against persons whose age is between forty and seventy.  No questions on this application is intended to secure information to be used for such discrimination.  Application shall remain on file for one year from date of receipt.

Position Applying For: _____
(Corrections, Uniform, Investigations, Clerical, Other)

1. **NAME:**_____
　　　　　　Last　　　　　　　　First　　　　　　　　Middle

　a.　ADDRESS:_____
　　　　　Street Address　　　　City　　　State　　Zip Code (   )

　b.　_____
　　　Residence Phone Number　Business Phone Number　Social Security Number

　c.　Race*_____ Sex_____ Religion_____ Blood Type_____

　d.　_____
　　　Driver's License　State Issued　License Number　Type　Expiration Date

　e.　Are you a United States Citizen?  ____Yes  ____No.  If no, what type of Visa do you hold? _____

　f.　Date of Birth:_____ Place of Birth:_____
　　　Height:_____ Weight:_____ Eyes:_____ Hair:_____

　g.　Person to be notified in case of emergency:
　　　Name:_____ Phone Number_____
　　　Address:_____

*　This information is needed to measure compliance with the Office's Affirmative Action Policy and with Equal Opportunity Laws.

(6)