Home (/) >> Departments (/departments) >> Finance Division

## DEPARTMENTS

Bonds & Fines (/bonds-and-fines)

Civil (/civil)

Criminal Records (/criminal-records)

Finance (/divisions/finance)

Personnel (/personnel)

Tax Department (/tax-department)

# FINANCE DIVISION

The Finance Division of the RPSO consists of the General Ledger, Payroll, and Purchasing departments and employs five individuals.

- Mark Thibeaux - Finance Officer - (318) 473-6810
- Sissy Williams - Purchasing - (318) 473-6744
- Kim Ryder - Purchasing - (318) 473-6753
- Stacy McCain - Payroll - (318) 473-6745
- Mary Juneau - Accounts Payable - (318) 442-9292

## Functions of the Accounting Department:

- Bi-monthly payroll of 580 employees
- Accounts payable - checks prepared and paid every Friday
- Purchasing
    1. Purchase supplies
    2. Obtain bid prices as required by law
    3. Issue Purchase Orders on items over $50
- Prepare and monitor annual budget
- Prepare monthly financial statements
- Invest department funds
- Keep inventory of RPSO Fixed Assets
- Work with external auditors on annual audit

To report fraud go to this site https://www.lla.la.gov/report-fraud/ (https://www.lla.la.gov/report-fraud/)