c 8798

**POST COUNCIL**

WISDOM
TRAINING
KNOWLEDGE
PROFESSIONALISM

# State of Louisiana

Peace Officer Standards & Training Council

hereby awards the

## CORRECTIONAL OFFICER CERTIFICATE

to

### JERRY MCKINNEY

*for having completed a Certified Correctional Officer Training Course*

*as provided for in the laws of the State of Louisiana*

issued this _____twenty-second_____ day of _____September_____, nineteen _____ninety-eight_____

_____
GOVERNOR

_____
CHAIRMAN

This certificate remains the property of the State of Louisiana, and is subject to be revoked at any time.