

**Alexandria Neuro Center and Headache Clinic**

Arsham Naalbandian, M.D., FAAN
*Neurology*
*Electromyography and Electrodiagnosis*
*Diplomate American Board of Neurology and Psychiatry*
Fellow American Academy of Neurology

M. Riad Hajmurad, M.D.
*Neurology*
*Electromyography and Electrodiagnosis*
*Diplomate American Board of Neurology and Psychiatry with Qualification in Pediatric Neurology*

November 27, 2018

RE: Jerry McKinney    #94489
DOB: 03/29/53

To Whom It May Concern,

The patient had bilateral hemispheric CVA. Repeat MRI showed him to have minimal petechial hemorrhage in the frontal area. He is neurologically stable. He is to continue his medication.

Because of his neurological status, he probably needs to work in an administrative setting with no loud noises. He is to work 8 hours a day because I do not want his stress level to go up and cause elevated blood pressure with repeat stroke, especially a hemorrhagic stroke.

Regarding his wrist weakness, he feels like he has some improvement. I told him that last time we did nerve conduction study it showed carpal tunnel syndrome. It is too early to assess now. When he comes again in another 3 to 4 months, we will reassess it then to see if there is any improvement. He can probably go back and use his hand depending on his clinical course.

Sincerely,

M. Riad Hajmurad, M.D.
MRH/rmd

1010 Bayou Trace Dr.
Alexandria, LA 71303
(318) 473-8304
FAX (318) 448-8877