

# WILLIAM EARL HILTON
*Sheriff and Tax Collector ~ Rapides Parish*

**TO:**      Deputy Jerry McKinney

**FROM:**    Major Mark Wood

**DATE:**    November 8, 2018

**SUBJECT:** Transfer

Effective , Monday, November 12, 2018, you will be transferred from Enforcement/Court Security to DC 3. Please make contact with Major Doug Hollingsworth for your new assignment and work schedule.

MW:nrb

cc:    Sheriff Hilton
       Payroll
       Personnel