

# WILLIAM EARL HILTON
*Sheriff and Tax Collector ~ Rapides Parish*

November 29, 2018

Deputy Jerry McKinney
Rapides Parish Sheriff's Office
Post Office Box 1510
Alexandria, LA  71309

Dear Deputy McKinney,

In response to the letter by Dr. Hajmurad stating you can only work 8 hours a day in an administrative setting is not your job description. Your job description is working a 12 hour shift with offenders and if you cannot do this, my suggestion is to retire.

Sincerely,

Major Douglas Hollingsworth