December 5, 2018

To: Ms. **Alma Perkins**
Rapides Parish Sheriff's Office
Human Resources Department
P.O. Box 1510
Alexandria, LA 71309

From: Deputy Jerry McKinney,
Rapides Parish Sheriff's Deputy

Dear Ms. Perkins:

I am a Rapides Parish Sheriff's Deputy currently assigned to DC3. I work _____ hours per week including shifts of twelve (12) hours per day.

In November 2017, I suffered a stroke which left me with disabilities. As a person with a disability under the Americans with Disabilities Act (ADA), I am requesting reasonable accommodation to allow me to perform my job duties. I am currently taking medication for my disability and my doctor has placed me on under various restrictions. I would like to change my location and work schedule so that I can work eight (8) hours per day and not the twelve (12) I am currently assigned. I am requesting that I be placed in administrative work or work where are there are no loud noises. My doctor indicates that the stress of a twelve (12) hour shift will cause my stress level to elevate my blood pressure and possibly a repeat stroke or a hemorrhagic stroke. I have attached the November 27, 2018 letter from my physician, Dr. Riad Hajmurad, explaining my condition and limitations.

Please let me know if you need medical documentation of my disability and need for an accommodation. I look forward to meeting with you to discuss the options for accommodating my disability.

Sincerely,

Deputy Jerry McKinney