

# WILLIAM EARL HILTON
*Sheriff and Tax Collector ~ Rapides Parish*

December 10, 2018

Deputy Jerry McKinney
Rapides Parish Sheriff's Office
701 Murray Street, Suite 301
Alexandria, LA 71301

RE: Request for Alternative Assignment

Dear Deputy McKinney:

In reference to your letter dated December 5, 2018, your current job assignment is that of a correctional officer assigned to Detention Center 3. The duty hours for a correctional officer are "12 hour" shifts. We do not have "8 hour" shifts for correctional officers.

You have served this department and this community well for over 20 years, and although we are very sympathetic to you situations, there are no other positions available in the department for which you are qualified, and we feel it is time for you to retire.

Sincerely,

*William E. Hilton*

William E. Hilton
Sheriff

WEH/dm