December 17, 2018

Judge KiKs Malveaux

Docket # 000845AT2019

For Jerry McKinney

Phone # 318-792-1054

Sheriff William E. Hilton
Sheriff, Rapides Parish
Alexandria, LA 71309

      RE: Request for Accommodation by Deputy Jerry McKinney

Dear Sheriff Hilton:

  I appreciate your quick response to my letter requesting an accommodation due to my disability resulting from a stroke.

  In your letter you indicate that there are no eight-hour shifts for correctional officers. My request for an accommodation is to work in any other section of the sheriff's office which may have eight-hour shift. As a deputy I have worked in various other areas and most recently worked in courthouse security on an eight-hour shift successfully until my recent transfer. I would like to request that I be assigned to a job in a section of the office in which an eight-hour shift is available.

  Although, I appreciate your suggestion that I retire. I do not want to retire at this time and feel that I can continue my career at the sheriff's office very successfully.

         Yours Truly,

         *Jerry L. McKinney*
         Jerry McKinney