Home (/) >> Departments (/departments) >> Personnel

# DEPARTMENTS

Bonds & Fines (/bonds-and-fines)

Civil (/civil)

Criminal Records (/criminal-records)

Finance (/divisions/finance)

Personnel (/personnel)

Tax Department (/tax-department)

# PERSONNEL

Hours of operation are 8:00 am to 4:30 pm, Monday through Friday.

Contact Information:

Rapides Parish Sheriff's Office
Human Resources Department

701 Murray St., Suite 300, Alexandria, LA, 71301

Alma Perkins - (318) 449-5494 - Email (mailto:aperkins@rpso.la.gov)
Elizabeth Kartsimas - (318) 473-6853 - Email (mailto:ekartsimas@rpso.la.gov)

Application Process

Applications for employment can be downloaded or picked-up from and returned to Human Resources on the third floor of the Rapides Parish Courthouse. Interviews are done by appointment only with the Director of Human Resources.

RPSO Employment Application (/sites/default/files/RPSO%20Application%20%20For%20Email.PDF)

## RPSO is currently taking applications for Correctional Officers and "P.O.S.T. certified" Police Officers.

## Requirements for Corrections Deputy

- MUST be 21 years of age
- Ability to work shift work
- Have High School diploma or Equivalency Diploma
- Have physical ability to perform all Corrections Deputy duties

- Have physical ability to perform all Corrections Deputy duties
- Pass pre-employment drug screen
- Pass pre-employment physical
- Pass pre-employment psychological evaluation
- 

**Requirements for Enforcement Deputy**

- MUST be 21 years of age
- Ability to work shift work
- Have High School diploma or Equivalency Diploma
- Have physical ability to perform all Enforcement Deputy duties
- Pass pre-employment drug screen
- Pass pre-employment physical
- Pass pre-employment polygraph
- Must have Peace Officer Standard and Training (P.O.S.T.) Certification

### EXECUTIVE

R.P.S.O. Internal (http://internal.rpso.org/)

Contact R.P.S.O. (http://rpso.brandwithred.com/contact-rpso)

Internal Affairs (http://rpso.brandwithred.com/internal-affairs)

Media Relations (http://rpso.brandwithred.com/media-relations)

### DIVISIONS

Executive (/executive)

Corrections (/corrections-division)

Criminal Investigations (/criminal-investigations-division)

Metro Narcotics (/metro-narcotics-division)

Support Services (/support-services)

Uniform (/uniform)

### DEPARTMENTS

Bonds & Fines (/bonds-and-fines)

Civil (/civil)

Criminal Records (/criminal-records)

Finance (/divisions/finance)

Personnel (/personnel)

Tax Department (/tax-department)

### RESOURCES

Activities For Kids (/activities-kids)

Citizens' Academy (/citizens-academy)

Hunter's Safety (/hunters-safety-education)

Crime Stoppers (/crime-stoppers)

Crime Victims Reparations Advocate (/crime-victims-reparations-advocate)

Law Enforcement Links (/law-enforcement-links)

Safety Tips (/safety-tips)

Sex Offender Registry (http://www.sheriffalerts.com/cap_office=54331)

Youth Programs (/youth-programs)

### RAPIDES PARISH SHERIFF'S OFFICE

700 Murray St., Alexandria, LA 71301

