Home (/) >> Welcome to the Rapides Parish Sheriff'S Office Website

# WELCOME TO THE RAPIDES PARISH SHERIFF'S OFFICE WEBSITE

Welcome to the new Rapides Parish Sheriff's Office website.  We have incorporated some features we believe will be more useful to the public; an inmate look up menu to see currently housed inmates, weekly listings for the Sheriff sale as well as being able to pay property taxes online.

"Having the privilege of being elected Sheriff of Rapides Parish is the highest honor I have achieved in my law enforcement career.  Our goal is to work hard and provide the best level of law enforcement protection possible for the citizens of Rapides Parish.  A level of law enforcement you expect and deserve."

William Earl Hilton, Sheriff

---

**RPSO is currently taking applications for Correctional Officers and "post certified" Police Officers. For more information visit our Personnel page (/personnel)**

## EXECUTIVE

R.P.S.O. Internal (http://internal.rpso.org/)

Contact R.P.S.O. (http://rpso.brandwithred.com/contact-rpso)

Internal Affairs (http://rpso.brandwithred.com/internal-affairs)

Media Relations (http://rpso.brandwithred.com/media-relations)

## DIVISIONS

Executive (/executive)

Corrections (/corrections-division)

Criminal Investigations (/criminal-investigations-division)

Metro Narcotics (/metro-narcotics-division)

Support Services (/support-services)

Uniform (/uniform)

## DEPARTMENTS

Bonds & Fines (/bonds-and-fines)

Civil (/civil)

Criminal Records (/criminal-records)

Finance (/divisions/finance)

Personnel (/personnel)

Tax Department (/tax-department)

## RESOURCES

Activities For Kids (/activities-kids)

Citizens' Academy (/citizens-academy)

Hunter's Safety (/hunters-safety-education)

Crime Stoppers (/crime-stoppers)

Crime Victims Reparations Advocate (/crime-victims-reparations-advocate)

Law Enforcement Links (/law-enforcement-links)

Safety Tips (/safety-tips)

Sex Offender Registry (http://www.sheriffalerts.com/cap_office=54331)

Youth Programs (/youth-programs)