EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA [X] EEOC | 461-2019-00624 |

Louisiana Commission On Human Rights and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. Jerry L Mckinney | (318) 443-4491 | 1953 |

Street Address: 5308 Hall Street, ALEXANDRIA, LA 71303

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| RAPIDES PARISH SHERIFF OFFICE | 501+ | (318) 473-6700 |

Street Address: 700 Murray Street, ALEXANDRIA, LA 71303

| Name | No. Employees, Members | Phone No. |
|---|---|---|
|  |  |  |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-26-2018   Latest: 12-20-2018
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with Rapides Parish Sheriff Office on February 1, 1998 as a Jailor, earning $1,300.00 bi-weekly. On November 29, 2017, I had a serious medical issue. On November 12, 2018, I was transferred from courthouse security working an 8 hour shift to the detention center 3, working a 12 hour shift. On December 5, 2018, I submitted a formal request for a permanent reasonable accommodation due to my disability to allow me to continue working 8 hours for warden Baptist. The request was denied by Major Hollingsworth saying if I could not work 12 hour shifts that he recommends I retire. On December 20, 2018, I was involuntarily retired. The company employs over 500 persons.

According to a letter the Sheriff sent to me, I realize you did a good job for 20 years, but we feel it is time you retire.

I have been discriminated against because of my disability in violation of the Americans with Disabilities Act, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Digitally signed by Jerry Mckinney on 04-26-2019 04:26 PM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |