16 19,09:40a    Jerry & Pamela McKinney                                     3184434491                    p.1

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>AMENDED<br>461-2019-00624 |
|---|---|---|
| Louisiana Commission On Human Rights | | and EEOC |
| State or local Agency, if any | | |

| Name (Indicate Mr., Ms., Mrs.)<br>Mr. Jerry L. Mckinney, Sr. | Home Phone (Incl. Area Code)<br>(318) 443-4491 | Date of Birth<br>1953 |
|---|---|---|
| Street Address<br>5308 Hall Street, Alexandria, LA 71303 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>RAPIDES PARISH SHERIFF OFFICE | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(318) 473-6700 |
|---|---|---|
| Street Address<br>700 Murray Street, Alexandria, LA 71303 | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest<br>07-26-2018 | Latest<br>12-20-2018 |
| ☐ CONTINUING ACTION | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Rapides Parish Sheriff Office on February 1, 1998 as a Jailor, earning $1,300.00 bi-weekly. On November 29, 2017, I had a serious medical issue. On November 12, 2018, I was transferred from courthouse security working an 8-hour shift to the detention center 3, working a 12 hour shift. On December 5, 2018, I submitted a formal request for a permanent reasonable accommodation due to my disability to allow me to continue working 8 hours for warden Baptist. The request was denied by Major Hollingsworth saying if I could not work 12 hour shifts that he recommends I retire. On December 20, 2018, I was retaliated against by being involuntarily retired. The company employs over 500 persons.

According to a letter the Sheriff sent to me, "I realize you did a good job for 20 years, but we feel it is time you retire".

I have been discriminated against because of my disability and retaliated against in violation of the Americans with Disabilities Act, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 15 July 2019    *[signature]*<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |