# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

**JERRY MCKINNEY**                                          **CASE NO. 1:19-CV-01339**

**VERSUS**                                                  **JUDGE DRELL**

**SHERIFFS OFFICE RAPIDES PARISH ET AL   MAGISTRATE JUDGE PEREZ-MONTES**

## MINUTES OF COURT:
### Status Conference

| Date: | February 11, 2020 | Presiding: Magistrate Judge Joseph H. L. Perez-Montes |
|---|---|---|
| Court Opened: | 3:30 p.m. | Courtroom Deputy: Greta Roaix |
| Court Adjourned: | 4:15 p.m. | Court Reporter: LCR |
| Statistical Time: | 00:45 | Courtroom: 3rd Floor Courtroom |

### APPEARANCES

| Kerry A Murphy | For | Plaintiff |
|---|---|---|
| Eli Jules Meaux | For | Defendants |

### PROCEEDINGS

**STATUS CONFERENCE on Plan of Work (rec. doc. 8)**

**RULING/COMMENTS:**