UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JERRY MCKINNEY, SR.** | **CIVIL ACTION NO.: 1:19-CV-01339** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **RAPIDES PARISH SHERIFF'S OFFICE and SHERIFF WILLIAM EARL HILTON** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### ORDER

Considering the Proposed Plan of Work submitted herein,

IT IS ORDERED that the Plan of Work be and is hereby accepted and shall become the Scheduling Order in this case, subject to the following modifications:

_____NONE_____

_____

It appearing to the Court that the provisions of the Plan of Work will be satisfied on the February, 2021,

IT IS FURTHER ORDERED that a pretrial conference be held in Chambers, on the 17th day of June, 2021, beginning at 1:30 p.m.

IT IS FURTHER ORDERED that counsel are to review this Court's Standing Order-Possession and Use of Electronic Devices in the Courtroom found on our website at www.lawd.uscourts.gov on Judge Dee D. Drell's forms page.

SIGNED on this 11th day of February, 2020 at Alexandria, Louisiana.

_____
JOSEPH H. L. PEREZ-MONTES
U. S. MAGISTRATE JUDGE