# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

**JERRY MCKINNEY, SR.**  CIVIL ACTION NO. 1:19-CV-01339

**VERSUS**  JUDGE DRELL

**RAPIDES PARISH SHERIFF'S OFFICE and SHERIFF WILLIAM EARL HILTON**  MAGISTRATE JUDGE PEREZ-MONTES

## PLAN OF WORK

On December 3, 2019, the following individuals participated in a meeting by telephone conference during which this Plan of Work was formulated: (List all parties and their counsel, if any, including e-mail addresses for trial attorneys.)

William B. Most, williammost@gmail.com
201 St. Charles Avenue, Ste. 114 #101, New Orleans, LA 70170
P: 504/509-5023
Attorney for Plaintiff, Jerry McKinney, Sr.

and

H. Bradford Calvit, bcalvit@provosty.com
Provosty, Sadler & deLaunay, APC.
P. O. Box 13530
Alexandria, LA, 71315-3530
P: 318/767-3133; F: 318-445-9377
Attorney for Defendant, William Earl Hilton, Sheriff of Rapides

## PART A

Based on the information now reasonably available, the parties have agreed upon the following:

1. 1/30/20   Date disclosures under Fed. R. Civ. P. 26(a) were made or will be made

2. 3/30/20   Final date for adding parties

3. 3/30/20   Final date for filing amended pleadings

4. 9/15/20   Final date for Plaintiff to employ and disclose experts

5.  10/15/20        Final date for Defendants to employ and disclose experts

6.  10/30/20        Deadline for completion of Fact Discovery

7.  11/30/20        Final date for Plaintiff's disclosure of reports of experts

8.  12/30/20        Final date for Defendants' disclosure of reports of experts

9.  1/30/21         Final date for Depositions of Experts

10. 2/15/21         Final date for filing Dispositive Motions

Considering the subjects addressed by Fed. R. Civ. P. 26(f), the parties propose the following changes, limitations, or other matters: NONE.

## PART B

The following areas of disagreement, issues, or problems have arisen regarding the information set forth in Section A and/or the participation of counsel/unrepresented parties in the Plan of Work process: NONE.

Respectfully Submitted:                          Respectfully Submitted:

**PROVOSTY, SADLER & deLAUNAY, APC**            **LAW OFFICE OF WILLIAM MOST**

By: /s/ H. Bradford Calvit                       By: /s/ William Most
H. BRADFORD CALVIT (#18158)                      WILLIAM MOST (#36914)
bcalvit@provosty.com                             williammost@gmail.com
ELI J. MEAUX (#33981)                            DAVID LANSER (#37764)
emeaux@provosty.com                              david.lanser@gmail.com
934 Third Street, Suite 800 (71301)              201 St. Charles Avenue, Ste. 114, #101
P.O. Box 13530                                   New Orleans, LA 70170
Alexandria, LA 71315-3530                        P: 504/509-5023
P: 318/767-3133   F: 318/767-9588

                                                 ATTORNEYS FOR PLAINTIFF,
ATTORNEYS FOR DEFENDANT,                         JERRY MCKINNEY, SR.
WILLIAM EARL HILTON, SHERIFF
OF RAPIDES

**LASKY MURPHY LLC**

By: /s/ Kerry A. Murphy
Kerry A. Murphy, T.A. (La. Bar No. 31382)
Catherine E. Lasky (La. Bar No. 28652)
715 Girod Street, Suite 250
New Orleans LA 70130
P: (504) 603-1500 F: (504) 603-1503
kmurphy@laskymurphy.com

ATTORNEYS FOR PLAINTIFF
JERRY MCKINNEY, SR.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December, 2019, I electronically filed the foregoing PROPOSED PLAN OF WORK with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| William A. Most | Kerry A. Murphy, T.A. |
| williammost@gmail.com | Catherine E. Lasky |
| David Lanser | Megan W. Kelley |
| david.lanser@gmail.com | LASKY MURPHY LLC |
| 201 St. Charles Avenue, Ste. 114, #101 | 715 Girod Street, Suite 250 |
| New Orleans, LA 70170 | New Orleans LA 70130 |
| P: 504/509-5023 | P: (504) 603-1500   F: (504) 603-1503 |
| ATTORNEYS FOR PLAINTIFF | kmurphy@laskymurphy.com |
| JERRY MCKINNEY, SR. | ATTORNEYS FOR PLAINTIFF |
| | JERRY MCKINNEY, SR. |

I further certify that I have forwarded the foregoing document via facsimile and/or first-class mail to the following non-CM/ECF participants: NONE

/s/ H. Bradford Calvit
H. BRADFORD CALVIT