UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY MCKINNEY, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAPIDES PARISH SHERIFF'S OFFICE and ) <br> SHERIFF WILLIAM EARL HILTON, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:19-CV-01339-DDD-JPM |

## JOINT MOTION FOR PROTECTIVE ORDER

NOW COMES Plaintiff, Jerry McKinney and Defendants, Rapides Parish Sheriff Office and Sheriff William Earl Hilton which jointly move for a Protective Order to limit the scope of documents as more fully set out in the Protective Order filed with the Court.

Respectfully submitted,

**USRY WEEKS & MATTHEWS**
TIMOTHY R. RICHARDSON
BAR NO. 27625
1615 Poydras Street, Suite 1250
New Orleans LA 70112
Telephone: 504-592-4600
Email: trichardson@usryweeks.com

BY: ____/s/ Timothy R. Richardson____
       TIMOTHY R. RICHARDSON

Counsel for SHERIFF WILLIAM EARL HILTON

- And –

1

JERRY MCKINNEY, by and through counsel,

/s/ William Most
William Most (La. Bar No. 36914)
David Lanser (La. Bar No. 37764)
Amanda Hass (La. Bar No. 37718)
LAW OFFICE OF WILLIAM MOST
201 St. Charles Ave., Ste. 114, #101
New Orleans LA 70170
Telephone: 504-509-5023
Email: williammost@gmail.com;
David.lanser@gmail.com
Amanda.hass@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed or via electronic mail this 7TH day of July, 2020.

/s/ Timothy R. Richardson
TIMOTHY R. RICHARDSON