UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JERRY MCKINNEY, SR. | CIVIL ACTION NO. 1:19-CV-01339 |
| VERSUS | JUDGE DRELL |
| RAPIDES PARISH SHERIFF'S OFFICE and SHERIFF WILLIAM EARL HILTON | MAG. JUDGE PEREZ-MONTES |

### RESPONSES TO PLAINTIFF'S FOURTH SET OF DISCOVERY REQUESTS TO DEFENDANT SHERIFF WILLIAM EARL HILTON

NOW COMES Defendant, SHERIFF WILLIAM EARL HILTON, who in answer and response to Plaintiff's Request For Admissions respectfully supplements as follows:

### REQUEST FOR ADMISSION NO. 55:

Warden Batiste, whether or not he had authority to do so, allowed Jerry McKinney to work some number of eight-hour shifts rather than twelve-hour shifts. If McKinney had worked the twelve-hour shifts of his assigned position, rather than those eight-hour shifts, he would not have been terminated.

### RESPONSE:

Admit.

Respectfully Submitted:

PROVOSTY, SADLER & deLAUNAY, APC

By: _____
H. BRADFORD CALVIT (#18158)
bcalvit@provosty.com
ELI J. MEAUX (#33981)
emeaux@provosty.com
934 Third Street, Suite 800 (71301)
P.O. Box 13530
Alexandria, LA 71315-3530
P: 318/767-3133   F: 318/767-9650
ATTORNEYS FOR DEFENDANT,
WILLIAM EARL HILTON,
SHERIFF OF RAPIDES PARISH

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing RESPONSE TO PLAINTIFF'S FOURTH SET OF DISCOVERY TO DEFENDANT WILLIAM EARL HILTON has this day been served upon counsel for all parties hereto by placing a copy of same in the First Class United States Mail, postage prepaid and properly addressed and via E-mail on this the 8TH day of April, 2020.

Mr. David Lanser
Attorney at Law
201 St. Charles Avenue, Ste. 114, #101
New Orleans, LA 70170
(504) 509-5023
david.lanser@gmail.com

OF COUNSEL

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **JERRY MCKINNEY, SR.** | **CIVIL ACTION NO. 1:19-CV-01339** |
| **VERSUS** | **JUDGE DRELL** |
| **RAPIDES PARISH SHERIFF'S OFFICE and SHERIFF WILLIAM EARL HILTON** | **MAG. JUDGE PEREZ-MONTES** |

### VERIFICATION

I, WILLIAM EARL HILTON, under the penalty of perjury, state that I am the duly elected Sheriff of Rapides Parish, Louisiana, and a Defendant herein in that capacity, in the case of "Jerry McKinney, Sr. v. Rapides Parish Sheriff's Office and Sheriff William Earl Hilton", Civil Action No. 1:19-CV-01339, in the United States District Court, Western Division of Louisiana, Alexandria Division, and that I have replied to the Plaintiff's Fourth Set of Discovery, as of this date, and that I certify that the information contained therein is true and accurate to the best of my current knowledge and belief.

Alexandria, Rapides Parish, Louisiana, this 8th day of April, 2020.

WILLIAM EARL HILTON, SHERIFF OF RAPIDES PARISH