**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

**JERRY MCKINNEY**                                          **NO. 1:19-CV-01339-DDD-JPM**

**V.**

**RAPIDES PARISH SHERIFF'S OFFICE AND**
**SHERIFF WILLIAM EARL HILTON**

## ORDER

CONSIDERING THE FOREGOING, IT IS HEREBY ORDERED that the Motion to for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment is GRANTED. Defendant is provided 45 days following the deposition of Plaintiff to respond to Plaintiff's Motion for Summary Judgment.

ALEXANDRIA, Louisiana, this 1st day of September, 2020.

_____
J U D G E