

## Alexandria Neuro Center and Headache Clinic

**Arsham Naalbandian, M.D., FAAN**
Neurology
Electromyography and Electrodiagnosis
Diplomate American Board of
Neurology and Psychiatry
Fellow American Academy of Neurology

**M. Riad Hajmurad, M.D.**
Neurology
Electromyography and Electrodiagnosis
Diplomate American Board of
Neurology and Psychiatry with
Qualification in Pediatric Neurology

July 31, 2018

RE: Jerry McKinney      #94489
DOB: 03/29/53

To Whom It May Concern,

The patient has history of bilateral hemispheric CVA. He has been on aspirin. He has multiple neurological and medical conditions. He has not been able to function on full active condition. He needs some sedentary type work. The patient has hypersensitivity to loud noises so he has not been able to shoot. He also has some cervical spondylosis and carpal tunnel syndrome. His coordination is not very good.

There is no indication to do surgery on him. Conservative approach is the best.

If you have any further questions, please feel free to contact me.

Sincerely,

M. Riad Hajmurad, M.D.
MRH/rmd

1010 Bayou Trace Dr.
Alexandria, LA 71303
(318) 473-8304
FAX (318) 448-8877



EXHIBIT D