1010 Bayou Trace Dr. • Alexandria, LA 71303
Phone 473-8304

NAME: Jerry McKinney
ADDRESS: 3/29/53
DATE: 7-31-?

LABEL ALL PRESCRIPTIONS

R₁ / SIG: PT is not allowed — QTY: [illegible] — TIMES REFILL: 0 1 2 3 4 5

R₁ / SIG: to shot — gun — QTY: — TIMES REFILL: 0 1 2 3 4 5

R₁ / SIG: [illegible] — QTY: — TIMES REFILL: 0 1 2 3 4 5

A. Naalbandian      M. R. Hajmurad, M.D.

**DUPLICATE COPY - NOT A PRESCRIPTION**

---

Neurology — Adult & Pediatric Neurology
1010 Bayou Trace Dr. • Alexandria, LA 71303
Phone 473-8304

NAME: Jerry McKinney
ADDRESS:
DATE: -22-?

LABEL ALL PRESCRIPTIONS

R₁ / SIG: PT can go to [illegible] — QTY: — TIMES REFILL: 0 1 2 3 4 5

R₁ / SIG: to work on 2-1-? — QTY: — TIMES REFILL: 0 1 2 3 4 5

R₁ / SIG: — QTY: — TIMES REFILL: 0 1 2 3 4 5

A. Naalbandian      M. R. Hajmurad, M.D.

**DUPLICATE COPY - NOT A PRESCRIPTION**

EXHIBIT E