UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

JERRY MCKINNEY, SR.,

    Plaintiff

V.                      Civil Action 1:19-CV-01339

RAPIDES PARISH SHERIFF'S OFFICE
and SHERIFF WILLIAM EARL HILTON,

    Defendants


       DEPOSITION OF ANTOINE BATISTE, given via videoconferencing in the above-entitled cause, pursuant to the following stipulation, before Raynel E. Schule, Certified Shorthand Reporter in and for the State of Louisiana, commencing at 9:00 o'clock a.m., on Thursday, the 23rd day of July, 2020.



EXHIBIT H

**SOUTHERN COURT REPORTERS, INC.**
**(504) 488-1112**

1            MS. CHERVINSKY:
2            Objection to relevance.
3  BY MR. RICHARDSON:
4  Q.  You can answer.
5  A.  Race.
6  Q.  Okay. Did that actually -- I'm sorry. Did
7      that actually become a lawsuit or was it an
8      EEOC and stopped there?
9  A.  It became a lawsuit, but it was settled out
10     of court.
11 Q.  I understand. Who was your lawyer then?
12 A.  Larvadain.
13 Q.  All right. We talked a little bit about
14     zones in the jail where inmates are housed
15     and where individuals work. You remember
16     that testimony?
17 A.  Yes, sir.
18 Q.  Okay. So tell me a little bit about these
19     zones. When -- when the corrections
20     officers, I understand they work in these
21     zones, right?
22 A.  Yep.
23 Q.  All right. So tell me what the corrections
24     officers do in those zones. What are their
25     daily job duties?

```
 1    A.    Well, the hardest part of your job is on
 2          your feet for 12 hours.  They observe the
 3          activities about the offenders.  They --
 4          basically everything that a person that's
 5          locked up, they can't do for themselves,
 6          the correctional officer has to do it for
 7          them.  It's a hard job.  Then you have to
 8          worry about the fights.  They have homemade
 9          knives.  They're fighting amongst each
10          other more than they fight the officers.
11          It's a very, very dangerous job.
12    Q.    Is it a physically demanding job?
13    A.    Both.
14    Q.    I'm sorry.
15    A.    Both physical you said and demanding?
16    Q.    Yes, is it physically demanding?  I just
17          didn't hear you.  I think you cut out on
18          me.  I'm sorry.
19    A.    Yes, it is.
20    Q.    Does it have -- are loud noises involved?
21          In other words, if you're going to be
22          working in one of these zones, you're going
23          to be subject to loud noises?
24    A.    Yes.
25    Q.    And those are 12-hour shifts?
```

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | Have you known anyone that has worked in |
| 3 | | one of the zones in eight-hour shifts? |
| 4 | A. | No. |
| 5 | Q. | All right.  Let's talk about Mr. McKinney. |
| 6 | | Actually, let me go back a second.  Before |
| 7 | | we do that, let me ask you this.  Who is -- |
| 8 | | you talked about Bobby Duncan, and I also |
| 9 | | heard a Michael Duncan.  Is that the same |
| 10 | | person or is it two different people? |
| 11 | A. | I don't know Michael.  I know Bobby. |
| 12 | Q. | I'm sorry.  I cut you off.  I apologize. |
| 13 | | Say again. |
| 14 | A. | I'm not aware of the Michael.  I'm aware of |
| 15 | | Bobby. |
| 16 | Q. | Okay.  So Bobby Duncan if I understood you |
| 17 | | correctly, there was some type of family |
| 18 | | issue that Bobby had to take care of a |
| 19 | | parent.  Is that correct? |
| 20 | A. | Yes. |
| 21 | Q. | Okay.  About what year was that? |
| 22 | A. | Let's see.  2012, 2013 if I'm not mistaken. |
| 23 | Q. | Where was Bobby working? |
| 24 | A. | She was working in the administrative area. |
| 25 | | She was in charge of the cleanup crew, and |

| | | |
|---|---|---|
| 1 | A. | But he -- he wouldn't have access.  The |
| 2 | | only time he would see this document is |
| 3 | | when he initialled whether he worked those |
| 4 | | hours or not. |
| 5 | Q. | Okay.  I -- |
| 6 | A. | Whether his timesheet is correct. |
| 7 | Q. | Okay, and, you know, just to kind of follow |
| 8 | | up on the timeline of events because you |
| 9 | | were asked some questions about the dates |
| 10 | | that things happened, is it fair to say |
| 11 | | that because it has been a few years, you |
| 12 | | don't exactly remember the dates that |
| 13 | | everything happened.  Is that fair? |
| 14 | A. | That's fair, yes. |
| 15 | Q. | Okay, but just as far as generally kind of |
| 16 | | the order of events, you do remember at |
| 17 | | some point seeing a doctor's note from |
| 18 | | Jerry, right? |
| 19 | A. | Yes. |
| 20 | Q. | And you do remember that you assigned Jerry |
| 21 | | to these eight-hour shifts in the kitchen |
| 22 | | because of the doctor's note, right? |
| 23 | A. | Yes. |
| 24 | Q. | And you did that to accommodate his |
| 25 | | disability, right? |

```
 1              C E R T I F I C A T E
 2              THIS CERTIFICATION IS VALID ONLY FOR
         A TRANSCRIPT ACCOMPANIED BY MY ORIGINAL
 3       SIGNATURE AND ORIGINAL REQUIRED SEAL ON THIS
         PAGE.
 4
                 I, RAYNEL E. SCHULE, Certified Court
 5       Reporter, #77005, in good standing, in and for
         the State of Louisiana, as the officer before
 6       whom this testimony was taken, do hereby certify
         that ANTOINE BATISTE, after having been duly
 7       sworn by me upon authority of R.S. 37:2554, did
         testify as hereinbefore set forth in the
 8       foregoing 111 pages; that this testimony was
         reported by me in stenotype reporting method,
 9       was prepared and transcribed by me or under my
         personal direction and supervision, and is a
10       true and correct transcript to the best of my
         ability and understanding; that the transcript
11       has been prepared in compliance with transcript
         format guidelines required by statute or by
12       rules of the Board, that I have acted in
         compliance with the prohibition on contractual
13       relationships, as defined by Louisiana Code of
         Civil Procedure Article 1434 and in rules and
14       advisory opinions of the Board; that I am not of
         counsel, not related to counsel or to the
15       parties herein, nor am I otherwise interested in
         the outcome of this matter.
16
17
18       _____   _____
         Date                      Raynel E. Schule, CSR
19                                 Certified Shorthand Reporter
                                   State of Louisiana
20
21
22
23
24
25
```

SOUTHERN COURT REPORTERS, INC.
(504) 488-1112