1010 Bayou Trace Dr. • Alexandria, LA 71303
Phone 473-8304

NAME: Jerry McKinney
ADDRESS: 3/29/53
DATE: 7-5-17

LABEL ALL PRESCRIPTIONS

R₁ SIG: PT is not allowed — QTY: [blank] — TIMES REFILL: 0 1 2 3 4 5

R₁ SIG: to shot — gun — TIMES REFILL: 0 1 2 3 4 5

R₁ SIG: [blank] — TIMES REFILL: 0 1 2 3 4 5

A. Naalbandian
M. R. Hajmurad, M.D.

DUPLICATE COPY - NOT A PRESCRIPTION

---

Neurology — Adult & Pediatric Neurology
1010 Bayou Trace Dr. • Alexandria, LA 71303
Phone 473-8304

NAME: Jerry McKinney
ADDRESS: [blank]
DATE: 2-22-[?]

LABEL ALL PRESCRIPTIONS

R₁ SIG: PT can — QTY: [blank] — TIMES REFILL: 0 1 2 3 4 5

R₁ SIG: to walk a 2.1 — TIMES REFILL: 0 1 2 3 4 5

R₁ SIG: [blank] — TIMES REFILL: 0 1 2 3 4 5

A. Naalbandian
M. R. Hajmurad, M.D.

DUPLICATE COPY - NOT A PRESCRIPTION

EXHIBIT E