# RAPIDES PARISH SHERIFF'S DEPARTMENT ATTENDANCE RECORD

Name of Section/Unit: **CORRECTIONS/RPDC 3**

Approved: _____
Period Beginning: 11/12/2018
Period Ending: 11/25/2018

**CODES:**
- \- On Duty
- C - Office Closed
- D - Regular Day Off
- A - Annual Leave
- B - Sick Leave
- P - Personnel Leave (Explanation Attached)
- M - Military Leave (Copy of Orders Attached)
- K - Compensatory Leave
- O - On Leave Without Pay
- W - Absent Without Pay
- R - Suspended or Laid Off
- S - Seperated Employee
- N - New Employee (Before Starting)
- T - Transferred Employee

| Empl. Init. | Name | Empl. ID # | K-Time/Total | M 12 | Tu 13 | W 14 | T 15 | F 16 | Sa 17 | Su 18 | M 19 | Tu 20 | W 21 | T 22 | F 23 | Sa 24 | Su 25 | Total Hours | Accum. K-Time | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 91293 | 115 | D | D | 12 | 12 | D | D | D | 12 | 12 | D | D | 6A | A | A | 48 | 115 | V 24 |
| | | 92051 | 174.5 | D | D | 12 | B | D | D | D | 12 | 12 | D | D | 6C | 12 | 12 | 60 | 180.5 | |
| | | 92272 | 260 | D | D | 12 | 12 | D | D | D | 12 | 12 | D | D | 6K | 12 | 12 | 72 | 254 | |
| | | 92708 | 187 | D | D | 12 | 12 | D | D | D | 12 | 12 | D | D | 6C | 12 | 12 | 84 | 193 | |
| | | 92651 | 160 | D | D | 12 | 12 | D | D | D | 12 | 12 | D | D | 6C | 12 | 12 | 84 78 | 166 | |
| | | 92702 | 129 | D | D | 12 | 12 | D | D | D | 12 | 12 | D | D | 6C | 12 | 12 | 84 | 135 | |
| | | 92748 | 145 | D | D | 12 | 12 | D | D | D | 12 | 12 | D | D | 6C | 12 | 12 | 84 | 151 | |
| | | 92742 | 146.5 | D | D | 12 | 12 | D | D | D | 12 | 12 | D | D | 6C | 12 | 12 | 84 | 152.5 | |
| | | 92660 | 216.5 | D | D | 12 | 12 | D | D | D | 12 | 12 | D | D | 6C | 12 | 12 | 84 | 225.5 | |
| | | 92951 | 211 | D | D | 12 | 12 | D | D | D | 12 | 12 | D | D | 6C | 12 | 12 | 84 | 219 | |
| | | 92844 | 18 | D | D | B | T | D | D | D | | | | | J | B | | 36 | 54 | |

Immediate Supervisor: Sgt. L. Floyd
Date: 11/25/2018

Attendance Certified Correct:
Dep. Jerry McKinney

Warden: Date: 11-27-18

Division Major: Date: _____


EXHIBIT G

# RAPIDES PARISH SHERIFF'S DEPARTMENT ATTENDANCE RECORD

Approved: _____
Period Beginning: 11/26/2018
Period Ending: 12/9/2018

Name of Section/Unit: **CORRECTIONS/RPDC 3**

**CODES:**
- \_ - On Duty
- C - Office Closed
- D - Regular Day Off
- A - Annual Leave
- B - Sick Leave
- P - Personel Leave (Explanation Attached)
- M - Military Leave (Copy of Orders Attached)
- K - Compensatory Leave
- O - On Leave Without Pay
- W - Absent Without Pay
- R - Suspended or Laid Off
- S - Seperated Employee
- N - New Employee (Before Starting)
- T - Transferred Employee

| Empl. Init | Name | Empl. ID # | K-Time Bal | M 26 | Tu 27 | W 28 | T 29 | F 30 | Sa 1 | Su 2 | M 3 | Tu 4 | W 5 | T 6 | F 7 | Sa 8 | Su 9 | Total Hours | Accum. K-Time | Total A | Taken B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ███ | 91293 | 115 | 12 D | 12 D | | | D | D | D | 12 | 12 | 1 D | D | 12 | 12 | 12 | 85 | 116 | | |
| | ███ | 92051 | 180.5 | 12 D | 12 D | | | D | D | D | 12 | 12 | 3 D | D | B | 12 | 12 | 75 | 183.5 | | ✓12 |
| | ███ | 92272 | 254 | 12 D | 12 D | | | D | D | D | B | 12 | D | D | 12 | 12 | 12 | 73 | 255 | | ✓12 |
| | ███ | 92708 | 193 | 12 D | 12 D | | | D | D | D | 12 | 12 | D | D | 12 | 12 | 12 | 84 | 193 | | |
| | ███ | 92651 | 166 | 12 D | 14 B | | | D | D | D | 12 | 12 | D | D | 12 | 12 | 12 | 86 | 167 | | |
| | ███ | 92702 | 135 | 12 D | 12 D | | | D | D | D | 12 | 12 | D | D | 12 | 12 | 12 | 84 | 135 | | |
| | ███ | 92748 | 151 | A D | A D | | | A D | A D | A D | A | A | D | D | A | A | A | 0 | 151 | 84 | |
| | ███ | 92742 | 152.5 | 12 D | 14 D | | | D | D | D | 12 | 12 | D | D | 12 | 12 | 12 | 86 | 155.5 | | |
| | ███ | 92660 | 222.5 | 12 D | 12 D | | | D | D | D | 12 | 12 | D | D | 12 | 12 | 12 | 84 | 222.5 | | |
| | ███ | 92951 | 217 | 12 D | 12 D | | | D | D | D | 12 | 12 | D | D | 12 | 12 | 12 | 84 | 217 | | |
| | ███ | 92844 | 24 | 12 D | 12 D | | | D | D | D | 12 | 12 | D | D | 12 | 12 | 12 | 84 | 24 | | |
| | ███ | | | 12 D | 12 D | | | D | D | D | O | O | | | O | O | O | 24 | | | |

Dep. Jerry McKinney

Attendance Certified Correct:
Immediate Supervisor: Sgt. L. Floyd  *Sgt. L. Floyd* (signature)
Date: 12/9/2018

Warden: *(signature)*
Date: 12/12/18

Division Major: _____
Date: _____

EM 2822