UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA


JERRY MCKINNEY, SR.,

     Plaintiff

V.                          Civil Action 1:19-CV-01339


RAPIDES PARISH SHERIFF'S OFFICE
and SHERIFF WILLIAM EARL HILTON,

     Defendants



     DEPOSITION OF ANTOINE BATISTE, given
via videoconferencing in the above-entitled
cause, pursuant to the following stipulation,
before Raynel E. Schule, Certified Shorthand
Reporter in and for the State of Louisiana,
commencing at 9:00 o'clock a.m., on Thursday,
the 23rd day of July, 2020.



```
 1              MS. CHERVINSKY:
 2              Objection to relevance.
 3  BY MR. RICHARDSON:
 4  Q.   You can answer.
 5  A.   Race.
 6  Q.  Okay.  Did that actually -- I'm sorry.  Did
 7      that actually become a lawsuit or was it an
 8      EEOC and stopped there?
 9  A.   It became a lawsuit, but it was settled out
10      of court.
11  Q.   I understand.  Who was your lawyer then?
12  A.   Larvadain.
13  Q.   All right.  We talked a little bit about
14      zones in the jail where inmates are housed
15      and where individuals work.  You remember
16      that testimony?
17  A.   Yes, sir.
18  Q.   Okay.  So tell me a little bit about these
19      zones.  When -- when the corrections
20      officers, I understand they work in these
21      zones, right?
22  A.   Yep.
23  Q.   All right.  So tell me what the corrections
24      officers do in those zones.  What are their
25      daily job duties?
```

1   A.   Well, the hardest part of your job is on

2        your feet for 12 hours.  They observe the

3        activities about the offenders.  They --

4        basically everything that a person that's

5        locked up, they can't do for themselves,

6        the correctional officer has to do it for

7        them.  It's a hard job.  Then you have to

8        worry about the fights.  They have homemade

9        knives.  They're fighting amongst each

10       other more than they fight the officers.

11       It's a very, very dangerous job.

12  Q.   Is it a physically demanding job?

13  A.   Both.

14  Q.   I'm sorry.

15  A.   Both physical you said and demanding?

16  Q.   Yes, is it physically demanding?  I just

17       didn't hear you.  I think you cut out on

18       me.  I'm sorry.

19  A.   Yes, it is.

20  Q.   Does it have -- are loud noises involved?

21       In other words, if you're going to be

22       working in one of these zones, you're going

23       to be subject to loud noises?

24  A.   Yes.

25  Q.   And those are 12-hour shifts?

```
1    A.    Yes.
2    Q.    Have you known anyone that has worked in
3          one of the zones in eight-hour shifts?
4    A.    No.
5    Q.    All right.  Let's talk about Mr. McKinney.
6          Actually, let me go back a second.  Before
7          we do that, let me ask you this.  Who is --
8          you talked about Bobby Duncan, and I also
9          heard a Michael Duncan.  Is that the same
10         person or is it two different people?
11   A.    I don't know Michael.  I know Bobby.
12   Q.    I'm sorry.  I cut you off.  I apologize.
13         Say again.
14   A.    I'm not aware of the Michael.  I'm aware of
15         Bobby.
16   Q.    Okay.  So Bobby Duncan if I understood you
17         correctly, there was some type of family
18         issue that Bobby had to take care of a
19         parent.  Is that correct?
20   A.    Yes.
21   Q.    Okay.  About what year was that?
22   A.    Let's see.  2012, 2013 if I'm not mistaken.
23   Q.    Where was Bobby working?
24   A.    She was working in the administrative area.
25         She was in charge of the cleanup crew, and
```

```
 1   A.   But he -- he wouldn't have access.  The
 2        only time he would see this document is
 3        when he initialled whether he worked those
 4        hours or not.
 5   Q.   Okay.  I --
 6   A.   Whether his timesheet is correct.
 7   Q.   Okay, and, you know, just to kind of follow
 8        up on the timeline of events because you
 9        were asked some questions about the dates
10        that things happened, is it fair to say
11        that because it has been a few years, you
12        don't exactly remember the dates that
13        everything happened.  Is that fair?
14   A.   That's fair, yes.
15   Q.   Okay, but just as far as generally kind of
16        the order of events, you do remember at
17        some point seeing a doctor's note from
18        Jerry, right?
19   A.   Yes.
20   Q.   And you do remember that you assigned Jerry
21        to these eight-hour shifts in the kitchen
22        because of the doctor's note, right?
23   A.   Yes.
24   Q.   And you did that to accommodate his
25        disability, right?
```

```
 1                  C E R T I F I C A T E
 2            THIS CERTIFICATION IS VALID ONLY FOR
       A TRANSCRIPT ACCOMPANIED BY MY ORIGINAL
 3     SIGNATURE AND ORIGINAL REQUIRED SEAL ON THIS
       PAGE.
 4
              I, RAYNEL E. SCHULE, Certified Court
 5     Reporter, #77005, in good standing, in and for
       the State of Louisiana, as the officer before
 6     whom this testimony was taken, do hereby certify
       that ANTOINE BATISTE, after having been duly
 7     sworn by me upon authority of R.S. 37:2554, did
       testify as hereinbefore set forth in the
 8     foregoing 111 pages; that this testimony was
       reported by me in stenotype reporting method,
 9     was prepared and transcribed by me or under my
       personal direction and supervision, and is a
10     true and correct transcript to the best of my
       ability and understanding; that the transcript
11     has been prepared in compliance with transcript
       format guidelines required by statute or by
12     rules of the Board, that I have acted in
       compliance with the prohibition on contractual
13     relationships, as defined by Louisiana Code of
       Civil Procedure Article 1434 and in rules and
14     advisory opinions of the Board; that I am not of
       counsel, not related to counsel or to the
15     parties herein, nor am I otherwise interested in
       the outcome of this matter.
16
17
18     _____    _____
       Date                Raynel E. Schule, CSR
19                         Certified Shorthand Reporter
                           State of Louisiana
20
21
22
23
24
25
```

**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**