UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**JERRY MCKINNEY, SR.**               CASE NO. 1:19-CV-01339

**VERSUS**                            JUDGE DAVID C. JOSEPH

**RAPIDES PARISH SHERIFF'S OFFICE,**  MAGISTRATE JUDGE JOSEPH H.L.
**ET AL**                             PEREZ-MONTES

### ORDER

Considering the CONSENT MOTION TO SUBSTITUTE PARTY [DOC. 56], filed by Pamela McKinney, legal successor to Plaintiff Jerry McKinney, Sr.,

IT IS HEREBY ORDERED that the motion is GRANTED. Pamela McKinney is hereby substituted as Plaintiff in the above-captioned matter.

THUS, DONE AND SIGNED in Chambers on this 2nd day of February, 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE