# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

**JERRY MCKINNEY**                                  **CASE NO. 1:19-CV-01339**

**VERSUS**                                          **JUDGE DAVID C. JOSEPH**

**SHERIFFS OFFICE RAPIDES PARISH ET AL**  **MAGISTRATE JUDGE PEREZ-MONTES**

## MINUTES OF COURT:
### Telephone Status Conference

| | | | |
|---|---|---|---|
| Date: | April 15, 2021 | Presiding: | Judge David C. Joseph |
| Court Opened: | 10:00 a.m. | Courtroom Deputy: | Greta Roaix |
| Statistical Time: | 00:15 | Location: | CHAMBERS |

### APPEARANCES

| | | |
|---|---|---|
| William Brock Most | For | Pamela McKinney, Plaintiff |
| Kerry A Murphy | | |
| Timothy R Richardson | For | Sheriffs Office Rapides Parish, |
| Ronald S. Bryant | | Defendant |

### PROCEEDINGS

Telephone Status Conference

### RULINGS/COMMENTS:

The pretrial conference is reset for June 15, 2021 at 2:30 p.m. in chambers and the bench trial is RESET for July 7, 2021 at 9:00 a.m. in Alexandria.

The parties may file a joint motion to continue the trial if conflicts with the current setting are present as the trial date approaches. Any motions to continue the trial date shall list specific conflicts and three (3) or more alternate dates that are both: (i) agreed upon by all counsel and (ii) in the same timeframe as the current trial setting.