# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **PAMELA MCKINNEY** | **CIVIL DOCKET NO. 1:19-CV-01339** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SHERIFFS OFFICE RAPIDES PARISH, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## ORDER

The Court having been advised of the settlement of the claims existing among the parties and their joint desire to close this litigation,

IT IS HEREBY ORDERED that this action is DISMISSED, with prejudice, to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

IT IS FURTHER ORDERED that the parties submit to the Court, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties, together with a judgment for execution by the Court. Any motion that may be pending in this case is hereby DENIED AS MOOT.

THUS, DONE AND SIGNED in Chambers on this 6th day of July 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE